FILED
22-0809
9/16/2022 10:13 AM
tex-68324916
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

NO. _____JC-19-407_____

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| J___ H___ | § | 304th JUDICIAL DISTRICT |
| CHILDREN | § | DALLAS COUNTY, TEXAS |

*appeal*

### ORDER OF APPOINTMENT FOR PARENT UNDER TITLE II

TO: April Smith　　　　TELEPHONE NO: _____

FAX NO: _____　　EMAIL: _____

On this day, the Court made an initial determination of indigence for

_M___ H_____ and finds that the parent of the

subject child(ren) is indigent.

Pursuant to Texas Family Code you are hereby appointed to represent the parent of the child(ren) who is indigent.

You are hereby ORDERED to make contact with your client within twenty-four hours from today to complete the attached indigence form and shall file the completed form along with responsive pleadings with the court within seventy-two hours from today.

Such appointment continues until released by the Court. Such appointment concludes upon entry of a final order. The next hearing in scheduled for _____ for a

_____ hearing.

Signed the 1 day of March 2022　Andrea Lane

_____
JUDGE

DA: _____